No. 79, Misc. HALL *v.* WILLIAMS ET AL. Supreme Court of Florida. Certiorari denied. *Walter Warren* for petitioner. *H. L. Pringle* for respondents.

No. 81, Misc. MACLAREN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 82, Misc. O'CONNELL *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 84, Misc. CASEY *v.* INDIANA. Circuit Court of LaPorte County, Indiana. Certiorari denied.

No. 85, Misc. WILLIAMS *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 87, Misc. CLARK *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 88, Misc. DEFOE *v.* NATIONAL CAPITAL BANK. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 89, Misc. STREETER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 90, Misc. BARKEIJ *v.* LOCKHEED AIRCRAFT CORP. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *C. Blake Townsend* and *Herbert A. Huebner* for respondent.

No. 94, Misc. O'LEARY, RECEIVER, *v.* TURNER ET AL. C. A. 6th Cir. Certiorari denied. *Joseph O'Leary, pro se.*